UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| NICKI L. MCQUEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 1:15-cv-1190-DKL-TWP |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

*Final Judgment*

The Commissioner's decision finding Nicki L. McQueen not disabled and denying her benefits under the Social Security Act is **REMANDED** for further proceedings consistent with this Court's Entry on Judicial Review.

DATED: August 8, 2016

*[signature: Denise K. LaRue]*

Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

Laura A. Briggs, Clerk

BY: *[signature]*
Deputy Clerk, U.S. District Court

Electronic distribution to counsel of record